Craig D. Webster
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Jaime Garcia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Mary K. Dimke

| United States of America, | No. 4:25-CR-6023-MKD-1 |
|---|---|
| Plaintiff, | **Motion to Reopen Detention Hearing** |
| v. | **Before Judge Ekstrom** |
| Jaime Garcia, | With Oral Argument – Via Video |
| Defendant. | July 15, 2025 at 9:30 a.m. |

## I.   INTRODUCTION

Jaime Garcia, through undersigned counsel, moves the Court to reopen the issue of his detention, and to release Mr. Garcia to inpatient treatment at ABHS on July 22, 2025, at 10 a.m.  United States Probation does not object to Mr. Garcia's release to inpatient treatment at ABHS on July 22, 2025, at 10 a.m.  The United States Attorney's

Office does not object to the hearing, but does object to Mr. Garica's release to inpatient treatment at ABHS on July 22, 2025, at 10 a.m. Mr. Garcia moves to reopen due to a change of circumstances pursuant to 18 U.S.C. § 3142(f).

## II.   BACKGROUND

Mr. Garcia was originally charged by Criminal Complaint on June 12, 2025.[1] The government filed a Motion for Detention on June 17, 2025.[2] Mr. Garcia had an Initial Appearance on Complaint on June 17, 2025.[3] Mr. Garcia waived detention hearing and the USA's Motion for Detention was granted by the Court.[4] Mr. Garcia was indicted on June 18, 2025.[5] Mr. Garcia was arraigned on Indictment on June 26, 2025.[6] Mr. Garcia remains incarcerated at the Benton County Jail pending trial.

---

[1] *See* ECF No. 1.

[2] *See* ECF No. 13.

[3] *See* ECF No. 19.

[4] *See* ECF No. 19.

[5] *See* ECF No. 28.

[6] *See* ECF No. 35.

Mr. Garcia, with the assistance of Mr. Zepeda of the Federal Defenders of Eastern Washington & Idaho, was able to successfully obtain a referral from ABHS-Spokane for an inpatient treatment bed date on July 22, 2025. Mr. Garcia's release plan is for ABHS to pick him up at 10:00 a.m. on July 22, 2025, and transport him directly to ABHS-Spokane. Upon successful completion of inpatient treatment, ABHS will transport him directly to Benton County Jail. Based on the change of circumstances, Mr. Garcia moves to reopen his detention hearing seeking release to ABHS on July 22, 2025, at 10:00 a.m. to attend inpatient treatment. Upon successful completion he will return to Benton County Jail (with ABHS providing transportation).

Due to Mr. Garcia's change of circumstances, Mr. Garcia moves to reopen detention hearing pursuant to 18 U.S.C. § 3142(f).

### III. CONCLUSION

For the reasons discussed above, Mr. Garcia respectfully requests that the Court set a detention hearing on July 15, 2025, at 9:30 a.m. via video. Mr. Garcia requests release to inpatient treatment at ABHS on July 22, 2025, at 10:00 a.m. so that he can attend inpatient treatment.

Dated:  July 11, 2025.

By <u>s/ Craig D. Webster</u>
Craig D. Webster
WSBA #40064
Federal Defenders of Eastern
Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
(509) 248-9118 fax
Craig_Webster@fd.org

## Certificate of Service

I hereby certify that on July 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Brandon L. Pang, Assistant United States Attorney.

<u>s/ Craig D. Webster</u>
Craig D. Webster

Motion to Reopen Detention Hearing:  4