Craig D. Webster
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Jaime Garcia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Mary K. Dimke

| United States of America, | No. 4:25-CR-6023-MKD-1 |
|---|---|
| Plaintiff, | **Order Granting Motion to Reopen Detention Hearing** |
| v. | (Proposed) |
| Jaime Garcia, | |
| Defendant. | |

Before the Court is Defendant's Motion to Reopen Detention Hearing (ECF No. __). For the reasons set forth in the motion, IT IS HEREBY ORDERED that the Motion (ECF No. __) is GRANTED. The district court executive is directed to enter this order.

DATED this ___ day of _____, 20__.

_____
Alexander C. Ekstrom
UNITED STATES MAGISTRATE JUDGE

Order: 1