Nicholas Granath
Nicholas Granath, Attorney At Law, PLLC
368 Chardonnay Ct.
Walla Walla, WA 99362
Phone: (612) 210-8460
Email: npgranath@icloud.com
Attorney for Defendant Jaime Garcia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 4:25-CR-06023-MKD-1 |
| Plaintiff, | FIRST MOTION |
| v. | AND DECLARATION |
| | TO CONTINUE PRE-TRIAL |
| JAIME GARCIA, | CONFERENCE AND TRIAL DATE |
| Defendant. | 08/07/2025, 2:30 p.m. |
| | Richland [DMK] |

## **MOTION**

COMES NOW, Defendant Jaime Garcia, by and through his counsel, Nicholas Granath, to move this Court for an order continuing the jury trial date in this matter from August 25, 2025 to January 12, 2026, and the pre-trial conference from to December 18, 2025 at 01:30 p.m. in Richland.

This motion is based upon the files and records herein and the Declaration of counsel filed herewith.

## **DECLARATON**

I, your declarant, Nicholas Granath, make the following declarations:

FIRST MOTION AND DECLARATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATE – Page 1 of 3

1. I represent defendant Jaime Garcia in the above entitled matter having been appointed by this Court on July 28, 2025 (ECF 49), after this Court granted prior counsel's ex parte motion to withdraw (ECF 47) on July 24).

2. I make this declaration in support of Jaime Garcia's "First Joint Motion And Declaration To Continue Pre-Trial Conference and Trial Date."

3. Mr. Jaime Garcia is in custody (Benton County Jail).

4. Mr. Jaime Garcia was arrested on June 12, 2025 (ECF 20) based on a Complaint filed that same day (ECF 1); he was then indicted on June 18, 2025 (ECF 28).

5. There have been no prior motions to continue trial in this matter.

6. This motion is not made for the purpose of delay. It is my professional judgment that the requested continuance is necessary to complete review of discovery, which is voluminous and ongoing, conduct investigation both on the merits and for mitigation, allow for sufficient time to consult with and advise my client (who requires an interpreter), research, draft and litigate pre-trial motions, engage in plea bargaining and/or prepare for trial as needed.

7. I have consulted with my client, Jaime Garcia, who agrees with this motion and will separately file a Speedy Trial Waiver And Statement Of Reasons In Support Of Motion To Continue Trial Date.

8. I have conferred with attorney, Mr. Ricardo Hernandez, for the other co-defendant in this matter, Ms. Kaylee Gardner, who agrees with this motion and has filed her own motion. While Mr. Jaime Garcia joins that motion, given the unique circumstances of his case, he files his own, present motion.

9. I have attempted to confer with the United States attorney, Brandon Pang, but was not successful (it appears he is on a scheduled absence from the office).

10. Attorney Ricardo Hernandez previously contacted this Court's Courtroom Deputy to obtain dates, pursuant to this Court's Case Management Order (and he and I corresponded about the same).

11. A proposed Joint Case Management Deadlines will separately be filed, pursuant to this Court's Case Management Order.

## **MEMORANUDM**

Mr. Jaime Garcia was disadvantaged through no ones' fault in that his first court-appointed counsel withdrew only recently and current counsel has only arrived in this case. At present counsel for Mr. Jaime Garcia has no discovery.

More time is needed in order to provide a full and fair defense and to prevent a miscarriage of justice.

Because this is the first request for a continuance, it is not expected that the AUSO will object.

## **CONCLUSION**

Mr. Jaime Garcia respectfully requests the Court re-set his trial (and revocation hearing dates) as requested.

RESPECTFULLY submitted this day of July 31, 2025.

 s/ *Nicholas Paul Granath*
Nicholas Granath, WSBA #62263, OSB #180295
CJA Appointed Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on date stated above herein, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which in turn automatically generated a Notice Of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

 /s/ *Nicholas Paul Granath*
Nicholas Granath

FIRST MOTION AND DECLARATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATE – Page 3 of 3