# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 4:25-CR-06023-MKD-1 |
| Plaintiff, | DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE |
| v. | |
| JAIME GARCIA | |
| Defendant. | |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance. A motion to continue the trial date has been or will be filed.

I ask this Court to grant the motion and reset the trial from its current date of August 25, 2025, to a date no later than two weeks past January 12, 2026, for the following reasons pursuant to 18 U.S.C. § 3161:

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE - 1

One, my court appointed counsel withdrew recently and my new attorney was appointed very recently, July 28, 2025 (ECF 49).

Two, my new attorney has not received any discovery to date.

Three, additional time is needed for my new attorney to investigate the merits of my case (or to investigate for mitigation at sentencing if I am convicted).

Four, my attorney needs additional time to prepare for trial.

Five, my attorney needs additional time before trial to ensure that all my Constitutional rights at trial are upheld.

Six, my attorney needs additional time to explore options to resolve my case without a trial.

I understand that if the Court grants the motion to continue, all time between the date the motion was filed and the new trial date (and two weeks beyond) will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 31, 2025

_____
Defendant Jaime Garcia

I have read this form and discussed its contents with my client.

Date: July 31, 2025

_____
Counsel for Defendant
Nicholas Granath

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE - 2