UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
U.S. DISTRICT JUDGE MARY K. DIMKE

**JOINT PROPOSED CASE MANAGEMENT DEADLINES:**

In re *United States v. Garcia, et al*  Case No. 4:25-CR-06023-MKD-1

|  | **RECOMMENDED DATES** |
|---|---|
| Expert Deadline, if applicable | **November 20, 2025** |
| **All pretrial motions, including discovery motions, *Daubert* motions, motions *in limine*, filed:** <br> Responses:  **December 4, 2025** <br> Replies:      **December 11, 2205** | **November 27, 2025** |
| **PRETRIAL CONFERENCE** <br> *Deadline for motions to continue trial* | **December 18, 2025** <br> **1:30 PM - RICHLAND** |
| CIs' identities and willingness to be interviewed disclosed to Defendant (if applicable) | **December 29, 2025** |
| Grand jury transcripts produced to Defendant <br> Case Agent: December 29, 2025 <br> CIs: December 29, 2025 <br> Other Witnesses: December 29, 2025 | **December 29, 2025** |
| Exhibit lists filed and emailed to the Court | **December 29, 2025** |
| Witness lists filed and emailed to the Court | **December 29, 2025** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **December 29, 2025** |
| Exhibit binders delivered to all parties and to the Court | **January 5, 2026** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **January 5, 2026** |
| Trial notices filed with the Court | **January 5, 2026** |
| Technology readiness meeting (in-person) | **January 5, 2026** |
| **JURY TRIAL** | **January 12, 2026** <br> **9:00 AM - RICHLAND** |