Nicholas Granath, WSBA #62263
Nicholas Granath, Attorney At Law, PLLC
368 Chardonnay Ct.
Walla Walla, WA 99362
Phone: (612) 210-8460
Email: npgranath@icloud.com
Attorney for Defendant Jaime Garcia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME GARCIA,<br><br>Defendant. | Case No. 4:25-CR-06023-MKD-1<br><br>**MOTION TO REVIEW AND REVOKE DETENTION ORDER**<br><br>08/14/2025, 3:00 P.M.<br>Richland [DMK] |

## MOTION

COMES NOW defendant Jaime Garcia, by and through his counsel, Nicholas Granath, to respectfully move this Court for review and revocation of the detention order entered by the Magistrate Court (ECF 44; July 16, 2025) and for an order to conditionally release Mr. Garcia limited to *only the duration of inpatient treatment* (30-45 days) for controlled substance addiction, at American Behavioral Health Systems ("ABHS"), a facility that is prepared to treat Mr. Garcia for this purpose.

While the United States objects to this motion, the United States Probation has *not* objected.

This motion is based upon the Declaration of Counsel, the grounds stated in the

MOTION TO REVIEW AND REVOKE DETENTION ORDER – Page 1 of 5

supporting Memorandum Of Law In Support of it, the attached or incorporated exhibits, and the records and files in the instant action.

## DECLARATION OF COUNSEL

1. I am appointed counsel for Mr. Jaime Garcia in the above cited matter. (ECF 49; July 28, 2025). Mr. Ari Steinberg-Lake, Paralegal, assists me in this matter.

2. Mr. Garcia is currently jailed in the Benton County Jail and has been since his arrest.

3. Through Mr. Steinberg-Lake I obtained documentation from ABHS confirming current bed availability for Mr. Garcia, and confirmation that ABHS has scheduled my client for pick-up at Benton County Jail on August 26, 2025, and further expects his inpatient treatment at its Mission facility to last 30-45 days.

4. Attached is a true and accurate copy of an August 1, 2025 letter from the ABHS Admissions Coordinator, Jessica Conklin (**Exhibit 1**), and electronic correspondence between Mr. Steinberg-Lake and Ms. Conklin on August 1, 2025 **Exhibit 2**).

5. Prior to filing this motion I communicated about this motion with the United States, AUSA Brandon Pang.

By my signature at the end of this document, I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct to the best of my knowledge and understanding.

## MEMORANDUM OF LAW IN SUPPORT

### I.     Background.

Mr. Garcia was originally charged by Criminal Complaint on June 12, 2025. (ECF 1). On June 17, the Court appointed the Federal Public Defender office to represent Mr. Garcia, and on June 18, Mr. Craig Webster filed his notice of

MOTION TO REVIEW AND REVOKE DETENTION ORDER – Page 2 of 5

appearance. (ECF 27).

The government filed a Motion for Detention (ECF 13) and in his Initial Appearance on the Complaint, held June 17 (ECF 19), Mr. Garcia waived a detention hearing and the Motion for Detention was granted by the Court (ECF Nos. 19; 25).

Mr. Garcia was then indicted on June 18 on four counts: distribution of a controlled substance (Couns 1 and 2), conspiracy to distribute (Count 3), and possession of a firearm (Count 4). (ECF 28). Mr. Garcia was arraigned on the Indictment on June 26. (ECF 35).

On July 11, 2025, Mr. Garcia moved to re-open the detention order on the grounds that ABHS was prepared to treat him in in-patient care and had bed availability then and further that in a "Supplemental PreTrial Service Report" dated July 14, the U.S. Probation Office recommended that Mr. Garcia be released on proposed conditions. (ECF 42). Following a hearing on July 15 in Magistrate Court (Ekstrom) (ECF 43) the Court found that while conditions of release *would* reasonably assure Mr. Garcia's appearance nevertheless such conditions would not mitigate the risk of safety to the community and so release was denied (ECF 44, 7-8).

Then, following an *ex parte* motion, this Court granted Mr. Webster's withdrawal as counsel on July 24 (ECF 47) and on July 28, present counsel was appointed (ECF 49).

Mr. Garcia remains incarcerated at the Benton County Jail pending trial.

## II. Standard.

A district judge reviews a magistrate judge's bail order *de novo*. *See U.S. v. Koenig*, 912 F.2d 1190, 1192 (9th Cir. 1990). While a district judge is "not required to start over in every case, and proceed as if the magistrate's decision and findings did not exist" (*Id*. at 1193) the district judge should still "review the evidence before the magistrate and make its own independent determination whether the magistrate's

findings are correct, with no deference." *Id*.; *U.S. v. Johnson*, No. 18CR4955-H, 2020 U.S. Dist. LEXIS 77157, at *4 (S.D. Cal. May 1, 2020); *U.S. v. Calderon*, 24cr502-JM-2 (S.D. Cal. Jun 10, 2024).

### III.   Analysis.

In its recent July 15th Supplemental PSR, the U.S. Probation Office has proposed a comprehensive list of Standard and Special conditions (ECF 42, p. 6-7), which are incorporated by reference into this motion.

Notwithstanding the concerns about safety expressed in the Magistrate's order, there is every reason to believe that the proposed conditions along with the extremely limited duration of the in-patient stay requested will not unreasonably undermine the prospects for either safety or return.  Notably, at no time will the requested release allow Mr. Garcia to actually be released back into the public.  He will either be confined to treatment or to jail.  He will never have access to weapons.

Further, the purpose of this release, in-patient treatment for drug addiction, is a salutary one that fits into the purpose of rehabilitation – an ultimate goal of the law.

### IV.   Remedy.

Mr. Garcia requests this Court revoke the detention order and order his release on conditions proposed for the exclusive duration of his in-patient treatment at ABHS, at the conclusion of which Mr. Garcia would be returned to jail.

RESPECTFULLY submitted this 5th day of August of 2025

 s/ *Nicholas Paul Granath*
Nicholas Granath, WSBA #62263, OSB #180295
Nicholas Granath, Attorney At Law, LLC

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on above give date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which in turn automatically generated a Notice Of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

<u>s/ ***Nicholas Paul Granath***</u>
Nicholas Granath