# <u>Exhibit 1</u>

Case No. 4:25-CR-06023-MKD-1

Motion For Review By Defendant Jaime Garcia



August 1, 2025

To Whom it may Concern
RE: Jaime Garcia

I am writing this letter regarding Jaime Garcia; we have him scheduled for our Mission facility on August 26, 2025, with a pickup at the Benton County Jail at 10AM. Our inpatient treatment program runs anywhere from 30 to 45 days, this is dependent on the client and how they are responding to their treatment.

If you have any questions or concerns, feel free to contact me.


Respectfully,


Jessica Conklin
ABHS-Admissions Coordinator
509-381-1530 (Direct Line)
509-232-5766 ext. 1129
jconklin@abhsinc.net