# <u>Exhibit 2</u>

Case No. 4:25-CR-06023-MKD-1

Motion For Review By Defendant Jaime Garcia

 **steinberglake@gmail.com**

30 days

Jessica, Thanks so much for your help today. Here is a release signed by Jaime on our form. Please let ...

2025/08/01 12:13

## ABHS

Message expires in 30 days

 **Jessica Conklin <JConklin@abhsinc.net>**

to NICHOLAS GRANATH <npgranath@icloud.com>  **+1 more** ⌄

2025/08/01 12:02

 Blank ROI Updated.docx
48.12 kB ⬇

 Jaime Garcia Letter.docx
58.22 kB ⬇

Hello,

I have Jaime Garcia scheduled for our Mission location in Spokane on 08/26/2025 with a pickup at the Benton County Jail at 10AM. If you have any questions, please let me know.

Also, If you can get this ROI signed with all of the attorney's information and get this sent back to me prior to the client being released that would be great. If you have any questions, please let me know.

**Thank you,**

**Jessica Conklin**
**ABHS - Admissions**
**(p) 509-232-5766 Ext. 1129**
**(f) 509-381-3516**
**Direct Line - 509-381-1530**