UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
U.S. DISTRICT JUDGE MARY K. DIMKE

**PROPOSED CASE MANAGEMENT DEADLINES:**

**submitted by Jaime Garcia in Case No.   4:25-CR-06023-MKD-1**

| | **RECOMMENDED DATES** |
|---|---|
| Expert Deadline, if applicable | **February 12, 2026** |
| **All pretrial motions, including discovery motions, *Daubert* motions, motions *in limine*, filed:**<br>        Responses:  **March 5, 2026**<br>        Replies:       **March 7, 2026** | **February 26, 2026** |
| **PRETRIAL CONFERENCE**<br>*Deadline for motions to continue trial* | **March 19, 2026, 2:30 p.m.** |
| CIs' identities and willingness to be interviewed disclosed to Defendant (if applicable) | **March 30, 2026** |
| Grand jury transcripts produced to Defendant<br>        Case Agent:<br>        CIs:<br>        Other Witnesses: | **March 30, 2026** |
| Exhibit lists filed and emailed to the Court | **March 30, 2026** |
| Witness lists filed and emailed to the Court | **March 30, 2026** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **March 30, 2026** |
| Exhibit binders delivered to all parties and to the Court | **April 6, 2026** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **April 6, 2026** |
| Trial notices filed with the Court | **April 6, 2026** |
| Technology readiness meeting (in-person) | **April 6, 2026** |
| **JURY TRIAL** | **April 13, 2026** |