# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:25-CR-06023-MKD-1 |
| Plaintiff, | DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE |
| v. | |
| JAIME GARCIA, | |
| Defendant. | |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later. My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance. A motion to continue the trial date has been or will be filed.

I ask this Court to grant the motion and reset the trial from its current date of January 12, 2026, to a date no later than two weeks past April 13, 2026 (i.e. April 27, 2026), for the following reasons pursuant to 18 U.S.C. § 3161:

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE - 1

First, my attorney needs additional time to defend me in trial – or to resolve my case without trial through plea bargaining – for all the reasons he has explained to me and are stated in my motion to continue trial.

Second, I want my attorney to have the extra time to represent and defend me before trial – even if delays trial.

I understand that if the Court grants the motion to continue, all time between the date the motion was filed and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Jaime Garcia
Defendant
Date: ~~November~~ October 30, 2025

I have read this form and discussed its contents with my client.

_____
Nicholas Granath
Counsel for Defendant
Date: ~~November~~ October 30, 2025