Nicholas Granath, WSBA #62263
Nicholas Granath, Attorney At Law, PLLC
1644 Plaza Way # 502
Walla Walla, WA 99362
Phone: (612) 210-8460
Email: npgranath@icloud.com
Attorney for Defendant Jaime Garcia

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JAIME GARCIA,<br><br>                    Defendant. | Case No. 4:25-CR-06023-MKD-1<br><br>**THIRD MOTION<br>TO CONTINUE TRIAL<br>AND PRE-TRIAL CONFERENCE<br>DATES**<br><br>Without Oral Argument<br>2/19/2026, 6:30 p.m.<br>Richland [DMK] |

## **MOTION**

COMES NOW, Defendant, Mr. Jaime Garcia, by and through his counsel, Nicholas Granath, to move this Court for an order continuing the jury trial date in this matter and the pre-trial conference as follows:

- Pre-trial conference from March 19, 2026 to <u>August 20, 2026, 1:30 p.m.</u> (Richland); and

- Jury trial from April 13, 2026 to <u>September 28, 2026</u> (Richland).

THIRD MOTION TO CONTINUE TRIAL AND PRE-TRIAL CONFERENCE AND DATES – Page 1 of 4

This motion is based upon the files and records herein, the Declaration of counsel filed herewith, the separately filed proposed schedule, and a waiver of speedy trial rights.

## DECLARATION

I, your declarant, Nicholas Granath, make the following declarations:

1.  Your declarant represents defendant Jaime Garcia in the above entitled matter having been appointed by this Court on July 28, 2025 (ECF 49), after this Court granted Mr. Jaime Garcia's prior counsel's *ex parte* motion to withdraw (ECF 47) on July 24, 2025.

2.  I make this Declaration in support of the above-entitled motion to continue trial.

3.  Mr. Jaime Garcia is currently in custody in Benton County Jail on federal hold. He was arrested on June 12, 2025 (ECF 20) based on a Complaint filed that same day (ECF 1); he was then indicted on June 18, 2025 (ECF 28).

4.  The current Case Management Order was issued on November 20, 2025. (ECF 71).

5.  There has been one prior motion to continue in this matter (ECF 51) filed by Mr. Jaime Garcia on July 31, 2025; granted on August 4, 2025 (ECF 53).

6.  I have consulted with Mr. Jaime Garcia about his right to speedy trial, waiver of that right, and the basis for this motion. Mr. Jaime Garcia agrees with the motion and will file a separate Waiver of Speedy Trial.

7.  I have conferred with the attorney of record in this matter for the United States, Mr. Brandon Pang, and learned that he does not object to this motion.

8.  I have conferred with counsel, Mr. Ricard Hernandez, for co-defendant Kaylee Lynn Gardner, and learned that he (and his client) do not object to this motion.

9.  I have complied with this Court's procedural and timing requirements for a motion to continue, prior to filing this motion.

THIRD MOTION TO CONTINUE TRIAL AND PRE-TRIAL CONFERENCE AND DATES – Page 2 of 4

10. This motion is not made for the purpose of delay but rather for the reasons given in the following Memorandum In Support and the separately filed Waiver of Speedy Trial.

By my signature herein below, your declarant certifies under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct to the best of my knowledge, information and belief.

## <u>MEMORANDUM IN SUPPORT</u>

A continuance is necessary to provide Jaime Garcia's counsel with adequate time to conduct effective preparation for trial, or to resolve his case through plea bargaining, therefore the ends of justice will be served by granting the motion – and this outweighs the best interests of the public and the defendant(s) to a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A) – for the following reasons:

First, the controlled substance and related firearm charges in this matter (Counts 1, 2, 3 and 4) are extremely serious and conviction would expose Mr. Jaime Garcia to mandatory minimum terms of at least imprisonment of ten years and up to life at maximum. (ECF 5).

Second, while this case has steadily progressed since the last continuance Mr. Garcia and the government agree more time is necessary to conclude ongoing discussion for a potential plea agreement.

Third, it is stipulated that the Court should exclude the time period from the date of the filing of this motion to the new trial date for purposes of computing the time limitations imposed by the Speedy Trial Act.

Fourth, this motion complies with this Court's requirements for trial continuances set forth in the Court's most recent Case Management Order. (ECF 71, ¶ 12).

THIRD MOTION TO CONTINUE TRIAL AND PRE-TRIAL CONFERENCE AND DATES – Page 3 of 4

Fifth, the current lapse in federal appropriations and the federal government shutdown that followed the ongoing interruption in CJA panel payments (both developments which the Court may take Judicial notice of) have introduced uncertainty and difficulties for bench and bar alike that, in general, may be alleviated to some extent by continuances such as is requested here.

Mr. Jaime Garcia respectfully requests that the Court grant his motion and re-set his trial dates according to, or near to, this motion and his separately filed Proposed Case Management Deadlines.

RESPECTFULLY submitted this February 18, 2026

    **s/ *Nicholas Paul Granath***
Nicholas Granath, WSBA #62263
Appointed Attorney for Defendant:
Jaime Garcia

## CERTIFICATE OF SERVICE

I hereby certify that on above given date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which in turn automatically generated a Notice Of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

    **/s/ *Nicholas Paul Granath***
Nicholas Granath

THIRD MOTION TO CONTINUE TRIAL AND PRE-TRIAL CONFERENCE AND DATES – Page 4 of 4