UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
U.S. DISTRICT JUDGE MARY K. DIMKE

**PROPOSED CASE MANAGEMENT DEADLINES:**

**submitted by Jaime Garcia in Case No.   4:25-CR-06023-MKD-1**

| | **RECOMMENDED DATES** |
|---|---|
| Expert Deadline, if applicable | **July 23, 2026** |
| **All pretrial motions, including discovery motions, *Daubert* motions, motions *in limine*, filed:** <br> Responses:  August 6, 2026 <br> Replies:     August 14, 2026 | **July 30, 2026** |
| **PRETRIAL CONFERENCE** <br> *Deadline for motions to continue trial* | **August 20, 2026, 1:30 p.m.** |
| CIs' identities and willingness to be interviewed disclosed to Defendant (if applicable) | **September 14, 2026** |
| Grand jury transcripts produced to Defendant <br> Case Agent: <br> CIs: <br> Other Witnesses: | **September 14, 2026** |
| Exhibit lists filed and emailed to the Court | **September 14, 2026** |
| Witness lists filed and emailed to the Court | **September 14, 2026** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **September 14, 2026** |
| Exhibit binders delivered to all parties and to the Court | **September 21, 2026** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **September 21, 2026** |
| Trial notices filed with the Court | **September 21, 2026** |
| Technology readiness meeting (in-person) | **September 21, 2026** |
| **JURY TRIAL** | **September 28, 2026** |